**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Pamela H Fantl<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5292<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–11940–CMG

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Pamela H Fantl

5/11/18                                                     **By the court:**   Christine M. Gravelle
                                                                                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                                United States Bankruptcy Court
                                       District of New Jersey

In re:                                                              Case No. 18-11940-CMG
Pamela H Fantl                                                      Chapter 7
          Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: May 11, 2018
                               Form ID: 318                 Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db             +Pamela H Fantl,    610 Franklin Avenue,    South Plainfield, NJ 07080-2103
517308441      +Akron Billing Center,    3585 Ridge Park Drive,    Akron, OH 44333-8203
517308442      +American Anesthesiology of New Jersey, P,    PO Box 120153,    Grand Rapids, MI 49528-0103
517308443      +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
517308457      +Empire Medical,    264 Boyden Ave.,    Maplewood, NJ 07040-3058
517308458       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517308459      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517308464      +Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
517308465      +Middlesex Emergency Physicians, PA,    65 James Street,    Edison, NJ 08820-3947
517308481       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
517308489      +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
517308496      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517308497      +Visa Dept Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QDESTRAFFI.COM May 12 2018 03:33:00      Daniel E Straffi,    Straffi & Straffi, LLC,
                 670 Common Way,    Toms River, NJ 08755-6431
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 11 2018 23:56:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 11 2018 23:56:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517308444      +EDI: CITICORP.COM May 12 2018 03:34:00      Citibank,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
517308447      +EDI: WFNNB.COM May 12 2018 03:34:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517308448      +EDI: WFNNB.COM May 12 2018 03:34:00      Comenity Bank/Victoria Secret,    Po Box 182789,
                 Columbus, OH 43218-2789
517308445      +EDI: WFNNB.COM May 12 2018 03:34:00      Comenity Bank/mandee,    Po Box 182125,
                 Columbus, OH 43218-2125
517308446      +EDI: WFNNB.COM May 12 2018 03:34:00      Comenity Bank/mandee,    Po Box 182789,
                 Columbus, OH 43218-2789
517308449      +E-mail/Text: electronicbkydocs@nelnet.net May 11 2018 23:56:12      Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
517308453      +E-mail/Text: electronicbkydocs@nelnet.net May 11 2018 23:56:12      Dept Of Ed/582/nelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
517308460      +E-mail/Text: masmith@jfkhealth.org May 11 2018 23:56:51      JFK Medical Center,
                 80 James Street, 4th Floor,    Edison, NJ 08820-3938
517308462      +EDI: CBSKOHLS.COM May 12 2018 03:34:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
517308463      +EDI: CBSKOHLS.COM May 12 2018 03:34:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-5660
517308466      +E-mail/Text: bankruptcy@savit.com May 11 2018 23:57:12      Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
517308467      +E-mail/Text: bankruptcy@savit.com May 11 2018 23:57:12      Savit Coll,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
517308468      +EDI: RMSC.COM May 12 2018 03:34:00      Syncb Bank/American Eagle,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517308469      +EDI: RMSC.COM May 12 2018 03:34:00      Syncb Bank/American Eagle,    Po Box 965005,
                 Orlando, FL 32896-5005
517313754      +EDI: RMSC.COM May 12 2018 03:34:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517308470      +EDI: RMSC.COM May 12 2018 03:34:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517308471      +EDI: RMSC.COM May 12 2018 03:34:00      Synchrony Bank/Care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
517308472      +EDI: RMSC.COM May 12 2018 03:34:00      Synchrony Bank/Old Navy,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517308473      +EDI: RMSC.COM May 12 2018 03:34:00      Synchrony Bank/Old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
517308477       EDI: TFSR.COM May 12 2018 03:33:00      Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054
517308474       EDI: TFSR.COM May 12 2018 03:33:00      Toyota Motor Credit Co,    Po Box 8026,
                 Cedar Rapids, IA 52408
517308482       +EDI: ECMC.COM May 12 2018 03:33:00      US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,
                 Saint Paul, MN 55116-0448
517308500       EDI: WFFC.COM May 12 2018 03:34:00      Wells Fargo Bank,    Credit Bureau Dispute Resoluti,
                 Des Moines, IA 50306
517308498      +EDI: WFFC.COM May 12 2018 03:34:00      Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 27
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 11, 2018
                              Form ID: 318             Total Noticed: 40


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517308450*      +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
517308451*      +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
517308452*      +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
517308454*      +Dept Of Ed/582/nelnet,    121 S 13th St,     Lincoln, NE 68508-1904
517308455*      +Dept Of Ed/582/nelnet,    121 S 13th St,     Lincoln, NE 68508-1904
517308456*      +Dept Of Ed/582/nelnet,    121 S 13th St,     Lincoln, NE 68508-1904
517308461*      +JFK Medical Center,    80 James Street, 4th Floor,    Edison, NJ 08820-3938
517308478*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                   Parsippany, NJ 07054)
517308479*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                   Parsippany, NJ 07054)
517308475*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517308476*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517308480*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517308490*      +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
517308491*      +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
517308492*      +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
517308493*      +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
517308494*      +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
517308495*      +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
517308483*      +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
517308484*      +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
517308485*      +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
517308486*      +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
517308487*      +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
517308488*      +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
517308501*       Wells Fargo Bank,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
517308499*      +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
                                                                                     TOTALS: 0, * 26, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
              Daniel E Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
              Justin M Gillman    on behalf of Debtor Pamela H Fantl abgillman@optonline.net,
               r47252@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```